UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA               :

    - v. -                             :

EFRAIN FUENTES,                        :

                Defendant.    :

------------------------------------x

**INDICTMENT**

**07 CRIM. 796**

## COUNT ONE

    The Grand Jury charges:

    1. On or about February 8, 2007, in the Southern District of New York, EFRAIN FUENTES, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and thereby did obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, FUENTES, the defendant, and others known and unknown, robbed at least one individual while brandishing a firearm at a multiservice store, located on Townsend Avenue in Bronx, New York.

    (Title 18, United States Code, Sections 1951 and 2.)

## COUNT TWO

    The Grand Jury further charges:

    2. On or about February 8, 2007, in the Southern District of New York, EFRAIN FUENTES, the defendant, unlawfully,

willfully, and knowingly, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, to wit, a handgun, which the defendant brandished at a victim during the course of the robbery charged in Count One of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===

UNITED STATES OF AMERICA

- v. -

EFRAIN FUENTES,

Defendant.

===

INDICTMENT

07 Cr.

(18 U.S.C. §§ 2, 924(c), 1951)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

===

Filed indictment. Case already assigned.
SRM 8/22/07          — Francis, J.