☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

**JUDGE SCHEINDLIN**

UNITED STATES OF AMERICA,      :

    - v. -                       :     NOTICE OF INTENT TO
                                        FILE AN INFORMATION
EFRAIN FUENTES,                :

        Defendant.          :

- - - - - - - - - - - - - - - - x   **07 CRIM. 796**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        August 9, 2007

                      MICHAEL J. GARCIA
                      United States Attorney

        By: _____
            Todd Blanche
            Assistant United States Attorney

        AGREED AND CONSENTED TO:

        By: _____
            Deirdre D. Von Dornum, Esq.
            Attorney for Efrain Fuentes

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

8/9/07 WHEEL A