

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2008

**BY FACSIMILE**

The Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re: <u>United States v. Efrain Fuentes</u>
    07 Cr. 796 (SAS)

Dear Judge Scheindlin:

    A pre-trial status conference in this case is scheduled for Tuesday, January 22, 2008, at 4:30 p.m. The parties are involved in discussions about a possible disposition, but there will not be a disposition before the January 22, 2008 conference date. Over the past month, the parties have continued to have discussions and exchange materials and information, and have agreed that these discussions will continue. Therefore, the parties jointly request that the conference scheduled for January 22, 2008, be adjourned to a date the week of February 19, 2008, to allow the parties to continue to work towards a disposition. In the mean time, the parties anticipate scheduling a disposition hearing with the Magistrate Judge.

    If the Court grants this request, then the Government respectfully requests that the Court exclude time from tody, until the date set by the Court, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery, and have any appropriate discussions regarding a possible

Hon. Shira A. Scheindlin
January 18, 2008
Page 2

disposition of this case. Counsel for defendant consents to this request for the exclusion of time.

                                           Respectfully submitted,

                                           MICHAEL J. GARCIA
                                           United States Attorney

                       By: _____
                          Todd Blanche
                          Assistant U.S. Attorney
                          (212) 637-2494
                          (212) 637-2290 (facsimile)

cc:   John M. Rodriguez, Esq.
      Attorney for Defendant
      (by facsimile)

*The parties' request is granted. The conference previously scheduled for Jan. 22, 2008 is adjourned to Feb. 22, 2008, at 4:30 p.m. Time is excluded until Feb. 22, 2008 for purposes of the Speedy Trial Act.*

Date: Jan. 18, 2008         SO ORDERED:

                                          _____
                                          Shira A. Scheindlin, USDJ